# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2011

Robert P. Young, Jr.,
Chief Justice

143517

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

FRANCOIS A. FARAH, FRANCOIS A. FARAH
REVOCABLE LIVING TRUST, ROCKIN Z,
L.L.C., FARAH OF DORT HIGHWAY, INC., and
PASADENA FRESH MEAT & FISH MARKET,
INC.,
        Plaintiffs-Appellants,

v

BANK OF AMERICA, N.A.,
        Defendant-Appellee.

SC: 143517
COA: 297261
Genesee CC: 09-091481-CK

_____/

      On order of the Court, the application for leave to appeal the June 23, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

Clerk

y1219